[No. 11253-8-I.   Division One.   July 9, 1984.]

DONALD DEMULLING, ET AL, *Respondents,* v. DORIS
PEARMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 81-2-14281-8, Charles V. Johnson, J., entered
December 24, 1981. *Affirmed* by unpublished per curiam
opinion.

[No. 11114-1-I.   Division One.   July 9, 1984.]

NATIONAL REALTY, INC., *Respondent,* v. JOHN H.
YATES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-07336-2, George H. Revelle, J., entered
November 16, 1981. *Dismissed* by unpublished opinion per
Corbett, A.C.J., concurred in by Williams and Scholfield,
JJ.

[No. 10936-7-I.   Division One.   July 9, 1984.]

JEAN THESMAN, ET AL, *Appellants,* v. EMMETT
HARRINGTON, *as Executor, Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 79-2-05302-3, Peter K. Steere, J., entered
November 3, 1981. *Affirmed* by unpublished per curiam
opinion.

[No. 5899-5-II.   Division Two.   July 10, 1984.]

ROBERT L. COLLOP, ET AL, *Respondents,* v. EUGENE
A. GRATZER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 295858, James P. Healy, J., entered September
25, 1981. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Durham, J., and Alexander, J. Pro Tem.